UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY W. JOHNSON,<br><br>                  Plaintiff,<br><br>     v.<br><br>RCO LEGAL, P.S.,<br><br>                  Defendant,<br>     v.<br><br>WELLS FARGO HOME MORTGAGE, INC.,<br><br>                  Garnishee. | Case No. MC17-0172RSL<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, RCO Legal, P.S., has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Wells Fargo Home Mortgage, Inc. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-2) submitted by plaintiffs' counsel on December 19, 2017.

Dated this 21st day of December, 2017.

*MMT S Lasnik*

Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT