IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| LARRY W. JOHNSON,<br><br>　　　　Plaintiff/Movant,<br><br>　v.<br><br>RCO LEGAL, P.S.,<br><br>　　　　Defendant/Respondent,<br><br>　v.<br><br>WELLS FARGO HOME MORTGAGE, INC.,<br><br>　　　　Garnishee. | NO. 17 MS-00172 RSL<br><br>DEFAULT JUDGMENT AGAINST GARNISHEE |

## I. JUDGMENT SUMMARY

| | |
|---|---|
| **Judgment Creditor**: | LARRY W. JOHSON |
| **Judgment Debtor** on Underlying Judgment: | RCO LEGAL, P.S. |
| **Judgment Debtor** on Garnishment (**Garnishee**): | WELLS FARGO HOME MORTGAGE, INC |
| Judgment Principal (Writ Amount): | $903,538.83 |
| Judgment Amount, Interest, Fees and Costs Shall Bear Interest at 12% Per Annum. | |

DEFAULT JUDGMENT AGAINST GARNISHEE - 1

| | |
|---|---|
| Attorney for **Judgment Creditor**: | Matthew D. Green and Elizabeth Hebener Norwood of Green & Norwood PLLC |

## II. ORDER

THIS MATTER having come on regularly upon plaintiff's "Motion and Certified Statement for Default and Default Judmgent [sic] Against Garnishee," (Dkt. # 4); it appearing that garnishee Wells Fargo Home Mortgage, Inc. ("Garnishee") was properly served with a Writ of Garnishment, an answer form, and a check of $20 as required by RCW 6.27.110(a), that no answer was filed or served in the time allowed, and that notice of default was given; and the Court being otherwise fully advised; NOW, THEREFORE, IT IS

ORDERED that Garnishee Wells Fargo Home Mortgage Inc. is in default and that plaintiff is granted judgment in the amount of $903,538.83 against garnishee Wells Fargo Home Mortgage, Inc.

Dated this 5th day of March, 2018.

*/s/ Robert S. Lasnik*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE