IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| LARRY W. JOHNSON,<br><br>    Plaintiff/Movant,<br><br>v.<br><br>RCO LEGAL, P.S.,<br><br>    Defendant/Respondent,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, INC.,<br><br>    Garnishee. | NO. 17 MS-00172 RSL<br><br>LARRY JOHNSON'S FEE PETITION PER APRIL 30, 2019 COURT ORDER AWARDING ATTORNEY'S FEES<br><br>**NOTE ON MOTION CALENDAR:**<br>**Friday, June 14, 2019** |

    Plaintiff, by and through his attorney undersigned, submits the following fee petition pursuant to the Court's April 30, 2019 Order to Answer Writ and Awarding Attorney's Fees. Dkt. #27.  In support of the Fee Petition, Mr. Johnson relies upon the Declaration of Counsel, and the records and files herein.

    As the Court is aware, Mr. Johnson holds an unsatisfied judgment against RCO Legal P.S. ("RCO") entered November 20, 2017 (No. C17-512RAJ) in the principal sum of $903,538.83.  Mr. Johnson sought to collect upon his Judgment in the months thereafter, up until the time when RCO filed itself into a General Receivership in King County Superior

LARRY JOHNSON'S FEE PETITION PER APRIL 30, 2019 COURT ORDER AWARDING ATTORNEY'S FEES - 1

**Green & Norwood PLLC**
2722 Eastlake Ave E., #350
Seattle, Washington  98102
(206) 420-3486

425-101

Court (Cause No. 18-2-08146-7 SEA). At that point, Mr. Johnson was stayed from taking any further action to enforce. While he has submitted a Proof of Claim in the Receivership, it is unlikely there will be any substantial recovery for any creditors in Mr. Johnson's classification. Accordingly, the efforts undertaken prior to the Receiver's appointment, and the efforts undertaken to maintain and protect those enforcement efforts are of utmost importance to Mr. Johnson's ability to see recovery and satisfaction of his outstanding Judgment.[1]

The Court has requested a summary of the reasonable attorney fees incurred in responding to Wells Fargo Bank and/or Wells Fargo Home Mortgage's (collectively, "Wells Fargo") motion to vacate the Default Judgment, and separately, the reasonable fees associated with any other actions taken because of Wells Fargo's failure to answer the writ in this matter. Accordingly, Mr. Johnson provides a summary of time entries associated with the same.

Wells Fargo's Motion to Vacate Default Judgment was filed on or about April 6, 2018. Mr. Johnson and Wells Fargo's counsel proceeded to discuss potential resolution of the Wells Fargo Judgment over the following months. This included analyzing the Motion, issues associated with the Receivership as it related to Wells Fargo, attempting to confer with the Receiver regarding Wells Fargo A/R, analyzing and conferring with Wells Fargo regarding A/R alleged by Receiver, and examining information supplied by Wells Fargo regarding same, preparing and serving discovery upon the Receiver regarding the Wells Fargo A/R. These discussions and efforts proceeded intermittently from April 2018 through February 2019. In early February, it became apparent resolution was not forthcoming and Mr. Johnson prepared his response in opposition to the Motion. A sur-reply was prepared and filed March 6, 2019.

Following the Motion's noting date, the parties again discussed potential resolution of the outstanding Wells Fargo Judgment, which discussions continued through April 30, 2019

---

[1] The current balance, including interest, as of May 23, 2019 is approximately $683,121.73. RCO listed Wells Fargo as owing $1,860,091.39 according to the Petition to Appoint Receiver.

LARRY JOHNSON'S FEE PETITION PER APRIL 30, 2019 COURT ORDER AWARDING ATTORNEY'S FEES - 2

**Green & Norwood PLLC**
2722 Eastlake Ave E., #350
Seattle, Washington  98102
(206) 420-3486

425-101

when the Court entered its Order to Answer and Awarding Attorney's Fees. Dkt. #27. Between April 6, 2018 and April 30, 2019, Mr. Johnson has incurred fees in the amount of $20,765.00 on work associated with the Wells Fargo Motion. Additionally, fees in the approximate amount of $3,375.00 (9 hours) have been incurred in May, 2019, which amounts have not been invoiced but have been incurred in association with the Wells Fargo Motion, and this Fee Petition.[2]

Between February 6, 2018 and April 6, 2018, Mr. Johnson incurred fees in the amount of $1,835.00 for work associated with providing notice to Wells Fargo, obtaining the Wells Fargo Judgment, and initiating enforcement action, including domesticating the Wells Fargo Judgment in Superior Court. This constitutes the "other actions" undertaken because of Wells Fargo's failure to answer. *See* Declaration of Counsel.[3]

The fees incurred in this matter are reasonable and comparable to those charged by other professionals of similar reputation and experience in the legal community, and in light of the time and effort required, the legal and factual issues presented, the amount in controversy, and the results obtained.

The parties have agreed to extend Wells Fargo's obligation to answer the Writ. Dkt. #29. Mr. Johnson is nonetheless authorized to submit his fee petition at any time, and accordingly, Mr. Johnson requests entry of a judgment consistent with the Court's Order Awarding Fees for his reasonable attorney fees incurred in responding to Wells Fargo's motion and for other actions taken because of Wells Fargo's failure to answer the writ. Mr. Johnson reserves the right to seek additional fees that may be occasioned by Wells Fargo's further answer and/or to quantify the accrued interest and costs to which he is entitled upon the

---

[2] Said time was spent reviewing, negotiating and finalizing the stipulation and order to stay/extend Wells Fargo's answer deadline, as well as the preparation, drafting and finalizing the instant petition and declaration with exhibits in support of same.

[3] As noted below, Mr. Johnson reserves the right to seek additional fees that may appropriately be deemed to be "other actions" undertaken because of Wells Fargo's failure to answer based on the answer that is ultimately filed.

LARRY JOHNSON'S FEE PETITION PER APRIL 30, 2019 COURT ORDER AWARDING ATTORNEY'S FEES - 3

**Green & Norwood PLLC**
2722 Eastlake Ave E., #350
Seattle, Washington  98102
(206) 420-3486

425-101

1
2   underlying judgment based upon Wells Fargo's filing of its answer.

3          A proposed Order is included.

4          DATED this 30th day of May, 2019.

5
6                                               <u>*s/Elizabeth Hebener Norwood*</u>, WSBA #40930
                                                *Attorneys for Plaintiff Judgment Creditor*
7                                               GREEN & NORWOOD PLLC
                                                2722 Eastlake Ave E., #350
8                                               Seattle, WA  98102
                                                Telephone: (206) 420-3486
                                                Email:  matt@gnlawseattle.com
9                                                          elizabeth@gnlawseattle.com

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

LARRY JOHNSON'S FEE PETITION PER APRIL 30, 2019 COURT          **Green & Norwood PLLC**
ORDER AWARDING ATTORNEY'S FEES - 4                             2722 Eastlake Ave E., #350
                                                               Seattle, Washington  98102
                                                               (206) 420-3486

425-101