IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| LARRY W. JOHNSON, | NO. 17 MS-00172 RSL |
| Plaintiff/Movant, | STIPULATED AND AGREED ORDER AWARDING ATTORNEY'S FEES TO LARRY JOHNSON |
| v. | |
| RCO LEGAL, P.S., | |
| Defendant/Respondent, | |
| v. | |
| WELLS FARGO HOME MORTGAGE, INC., | |
| Garnishee. | |

I. STIPULATION AND AGREED ORDER

THIS MATTER having come on pursuant to the Court's Order to Answer Writ and Awarding Attorney's Fees (Dkt. #27) and Larry Johnson's Fee Petition and Declaration of Counsel, and attached exhibits, (Dkt. #30, 31), and for the purposes of resolving the same, the parties submit the following stipulation and agree that an Order should be entered as follows.

NOW, THEREFORE, IT IS

1  ORDERED, ADJUDGED AND DECREED that Larry Johnson is awarded reasonable attorney's fees incurred in the amount of $20,000.00, against Wells Fargo, which amount shall be tendered by Wells Fargo to Johnson, c/o his counsel, within thirty (30) days of entry of this Order and Plaintiff's delivery to Wells Fargo of valid, completed, fully executed, and dated Form W-9 (Rev. October 2018) for both Larry Johnson and his counsel.  It is further

ORDERED, ADJUDGED AND DECREED that the attorney's fees awarded are the only attorney's fees that shall be awarded to Plaintiff in the above captioned matter for work performed through the date of this Order, and are reasonable given the issues presented, results achieved, rates charged and are comparable with fees charged by other attorneys in this community.

Dated this 25th day of June, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPLATED AND AGREED ORDER

**Green & Norwood PLLC**
2722 Eastlake Ave E., #350
Seattle, Washington  98102
(206) 420-3486