HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

LARRY W. JOHNSON,

    Plaintiff/Movant,

v.

RCO LEGAL, P.S.,

    Defendant/Respondent,

and

WELLS FARGO HOME MORTGAGE, INC.,

    Garnishee.

No. 2:17-MC-00172-RSL

[PROPOSED] ORDER EXTENDING WELLS FARGO'S GARNISHMENT ANSWER DEADLINE

This matter comes before the Court on the parties' Stipulation Extending Wells Fargo's Answer Deadline (the "Stipulation") pursuant to this Court's Order Extending Wells Fargo's Garnishment Answer Deadline (the "Answer Deadline Order"). Having reviewed the Stipulation, and the Answer Deadline Order which permits the parties to further extend the Answer Deadline by stipulation, and good cause appearing, the Court approves the parties' Stipulation, and it is HEREBY ORDERED THAT:

Wells Fargo shall answer the Writ of Garnishment, stating the Liquidated A/R amount owed to RCO as of the date of the December 21, 2017 Writ of Garnishment (up to the RCO Judgment Amount), if any, as determined in the Adjunct Receivership Case by court order,

[PROPOSED] ORDER EXTENDING WELLS FARGO'S
ANSWER DEADLINE – 1
NO. 2:17-MC-00172-RSL
105727.1900/7767488.2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

final and binding settlement between Wells Fargo and the Receiver, or otherwise, within the earlier of: (a) seven (7) days after such final binding determination, or (b) September 20, 2019 (unless such date is extended by stipulation of the parties).

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: Sept. 19, 2019

*/s/ Robert S. Lasnik*
Hon. Robert S. Lasnik
United States District Judge

[PROPOSED] ORDER EXTENDING WELLS FARGO'S
ANSWER DEADLINE – 1
NO. 2:17-MC-00172-RSL
105727.1900/7767488.2

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107