The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| LARRY W. JOHNSON,<br><br>    Plaintiff<br><br>v.<br><br>RCO LEGAL, P.S.<br><br>    Defendant<br><br>And<br><br>WELLS FARGO HOME MORTGAGE, INC.<br><br>    Garnishee | NO: 2:17-MC-00172-RSL<br><br>ORDER ON STIPULATION |

    This matter comes before the Court on the stipulation ("Stipulation")[1] of Elliott Bay Asset Solutions, LLC, the duly appointed General Receiver over RCO Legal, P.S. (the "Receiver"), Larry W. Johnson ("Mr. Johnson"), and Wells Fargo Bank, N.A. as successor by merger to Wells Fargo Home Mortgage, Inc. (collectively "Wells Fargo") (Wells Fargo and together with the Receiver and Mr. Johnson, collectively the "Parties"). Having reviewed the Stipulation, and good cause appearing, the Court approves the Parties' Stipulation; and it is HEREBY ORDERED

---

[1] Capitalized terms used herein and not otherwise defined have the meanings provided in the Stipulation.

STIPULATED ORDER - 1

DBS | LAW

A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

THAT:

1. The proceedings in Case Nos. MC 17-0172-RSL (the "Federal Court Proceeding") are hereby stayed.

2. Wells Fargo's payment of the Settlement Payment to the Receiver includes and fully resolves and relieves Wells Fargo from any amount which Mr. Johnson may claim entitlement to under any writ of garnishment from Wells Fargo directly, in the Federal Court Proceeding, the Default Judgment entered by this Court on March 5, 2018 (the "Default Judgment"), and the April 30, 2019 Order to Answer Writ and Awarding Attorney's Fees in the above captioned garnishment proceeding (the "Garnishment Orders").

3. Any amount of the Settlement Payment to which Mr. Johnson may be entitled to pursuant to the Garnishment Orders shall be adjudicated and resolved by the King County Superior Court in the Receivership Proceeding (the "Johnson Claim Proceeding"), which adjudication shall fully resolve the Garnishment Orders and relieve Wells Fargo from any further payment obligations thereunder or in the Federal Court Proceeding. During the pendency of the Johnson Claim Proceeding, Mr. Johnson shall not execute upon nor take any enforcement action related to the Default Judgment or the Garnishment Orders. Upon such resolution or adjudication in the Johnson Claim Proceeding or otherwise, the Default Judgment shall be deemed satisfied and Mr. Johnson shall file a satisfaction and dismiss the Federal Court Proceeding, provided, however, if Mr. Johnson fails to do so, any party may seek to have the Default Judgment deemed satisfied and the Federal Court Proceeding dismissed.

4. Wells Fargo does not need to file any further answer with respect to any writ entered in the Federal Court Proceeding and is relieved from any and all garnishment answer deadlines in the Federal Court Proceeding.

STIPULATED ORDER - 2



DBS | LAW

A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

DATED this 11th day of October, 2019.

*/s/ Robert S. Lasnik*
Hon. Robert S. Lasnik
United States District Judge

Presented by:

DBS | LAW

By */s/ Dominique R. Scalia*
Dominique R. Scalia, WSBA No. 47313
*Attorneys for Receiver Elliott Bay Asset Solutions, LLC*

STIPULATED ORDER - 3

DBS | LAW
A Professional Limited Liability Company
155 NE 100th Street, Suite 205   Seattle, WA 98125
p: 206.489.3802  |  f: 206.973.8737