The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| LARRY W. JOHNSON,<br><br>    Plaintiff<br><br>v.<br><br>RCO LEGAL, P.S.<br><br>    Defendant<br><br>And<br><br>WELLS FARGO HOME MORTGAGE, INC.<br><br>    Garnishee | NO: 2:17-MC-00172-RSL<br><br>ORDER |

    The above-captioned matter has been stayed pending the adjudication and resolution of Mr. Johnson's claim to payments under the Writ of Garnishment in a receivership proceeding pending in King County Superior Court. The Clerk of Court is directed to enter a statistical termination in this case. Such termination is entered solely for the purpose of removing this case from the Court's active calendar.

    Judgment creditor and the garnishee shall, within fourteen days of the resolution of Mr. Johnson's claims in the receivership proceeding, submit a Joint Status Report dismissing this action or setting forth the parties' recommendations for proceeding to judgment.

ORDER - 1

DATED this 11th day of October, 2019.

                         *Robert S. Lasnik*
                         Hon. Robert S. Lasnik
                         United States District Judge