IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| LARRY W. JOHNSON,<br><br>    Plaintiff/Movant,<br><br>v.<br><br>RCO LEGAL, P.S.,<br><br>    Defendant/Respondent,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, INC.,<br><br>    Garnishee. | NO. 17 MS-00172 RSL<br><br>FULL SATISFACTION OF JUDGMENT<br><br>(Clerk's Action Required) |

## JUDGMENT SUMMARY

Pursuant to RCW 4.64.030, this Judgment shall be summarized as follows:

1. Judgment Creditor:      LARRY W. JOHNSON

2. Underlying Judgment Debtor:      RCO LEGAL, P.S.

4. Garnishee Judgment Debtor:      WELLS FARGO HOME MORTGAGE, INC.

SATISFACTION OF JUDGMENT 1

Green & Norwood PLLC
2722 Eastlake Ave E., #350
Seattle, Washington 98102
(206) 420-3486

425-101

3. Type of Satisfaction: Full

4. Date of Entry of Judgment: March 5, 2018, which judgment was domesticated in King County Superior Court in the State of Washington on March 26, 2018 under cause number 18-2-08021-5 SEA

The Clerk of this Court is authorized and directed to satisfy the Judgment referred to above to the extent stated.

DATED this 8th day of December, 2020.

s/ _____
Elizabeth Hebener Norwood, WSBA #40930
Matthew D. Green, WSBA #18046
*Attorneys for Plaintiff*
GREEN & NORWOOD PLLC
2722 Eastlake Ave E., #350
Seattle, WA 98102
Telephone: (206) 420-3486
Email: matt@gnlawseattle.com
elizabeth@gnlawseattle.com

STATE OF WASHINGTON  )
                     ) ss.
COUNTY OF KING       )

On this day personally appeared before me Elizabeth Hebener Norwood, to me known to be an attorney of plaintiff above-named who executed the foregoing instrument, and acknowledged the said instrument to be the free and voluntary act and deed of said plaintiff, for the uses and purposes therein mentioned, and on oath stated that he was authorized to execute the same instrument.

GIVEN under my hand and official seal this 8th day of December, 2020.

_____
JULES JAMES
(print notary's name)
Notary Public in and for the State of Washington,
residing at 117 E Laura ST #551 Seattle WA 98102.
My commission expires: 3/29/2023.

SATISFACTION OF JUDGMENT  2

Green & Norwood PLLC
2722 Eastlake Ave E., #350
Seattle, Washington 98102
(206) 420-3486

425-101