1
2
3
4
5
6
7
8   IN THE UNITED STATES DISTRICT COURT
    FOR THE WESTERN DISTRICT OF WASHINGTON
    SEATTLE DIVISION

| | |
|---|---|
| LARRY W. JOHNSON,<br><br>    Plaintiff<br><br>v.<br><br>RCO LEGAL, P.S.<br><br>    Defendant<br><br>And<br><br>WELLS FARGO HOME MORTGAGE, INC.<br><br>    Garnishee | NO: 2:17-MC-00172-RSL<br><br>ORDER OF DISMISSAL |

This matter having come before the Court on the Joint Status Report of Larry W. Johnson, and Wells Fargo Bank, N.A. as successor by merger to Wells Fargo Home Mortgage, Inc., and the Court having reviewed the Joint Status Report, the other records on file herein, and the satisfaction of judgment entered in the underlying matter, and good cause appearing, the Court HEREBY ORDERS that this action be and it is hereby dismissed with prejudice and without cost to the parties.

Dated this 10th day of December, 2020.

                                        */s/ Robert S. Lasnik*
                                        Robert S. Lasnik
                                        United States District Judge